THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Leon
 Abercrombie, Appellant.
 
 
 

Appeal From Lexington County
Kenneth G. Goode, Circuit Court Judge

Unpublished Opinion No.  2008-UP-711
 Submitted December 1, 2008  Filed
December 16, 2008  

APPEAL DISMISSED

 
 
 
 Appellate Defender Robert M. Pachak, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, all
 of Columbia; and Solicitor Donald V. Myers, of Lexington, for Respondent.
 
 
 

PER CURIAM:  Leon Abercrombie pled guilty to grand larceny and
 second degree burglary.  Abercrombie argues his guilty plea did not comply with
 the mandates set forth in Boykin v. Alabama, 395 U.S. 238 (1969). 
 Additionally, in his pro se brief, Abercrombie alleges the search of his house
 violated his Fourth Amendment rights.  After a thorough review of the record and both briefs
 pursuant to Anders v. California, 386 U.S. 738 (1967), and State v.
 Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss Abercrombies
 appeal and grant counsels motion to be relieved. [1] 
APPEAL
 DISMISSED.  
WILLIAMS,
PIEPER, and GEATHERS, JJ., concur.

[1] We decide this case without oral argument pursuant to
Rule 215, SCACR.